[No. 2636.   Decided November 24, 1897.]

CITY OF SEATTLE, *Respondent,* v.   R. H. CALLIGAN, *et ux., Appellants*

Appeal from Superior Court, King County.—Hon. J. W. LANG-LEY, Judge.  Affirmed.

*Greene, Turner & Lewis,* for appellants.
*Pratt & Riddle, (John K. Brown,* of counsel), for respondent.

*Per Curiam.*—This appeal is similar to that in the case of *City of Seattle v. George F. Whitworth, and Ada J. Whitworth,* just decided *(ante,* p. 126), and the decree is therefore affirmed.

---

[No. 2637.   Decided November, 24, 1897.]

CITY OF SEATTLE, *Respondent,* v.   ALBERT H. KING, *et al., Appellants*

Appeal from Superior Court, King County.—Hon. J. W. LANG-LEY, Judge.  Affirmed.

*Greene, Turner & Lewis,* for appellants.
*Pratt & Riddle, (John K. Brown,* of counsel), for respondent.

*Per Curiam.*—This appeal is similar to that in the case of *City of Seattle v. George F. Whitworth, and Ada J. Whitworth,* just decided *(ante,* p. 126), and the decree is therefore affirmed.